Calvin Jerold BURDINE,
Petitioner–Appellee,

v.

Gary L. JOHNSON, Director, Texas Department of Criminal Justice, Institutional Division, Respondent–Appellant.

No. 99–21034.

United States Court of Appeals,
Fifth Circuit.

Dec. 5, 2000.

Robert Lee McGlasson, II (argued), Decatur, GA, Mandy Welch, Burr & Welch, Houston, TX, for Petitioner–Appellee.

Julie Caruthers Parsley (argued), Edward Larry Marshall, Austin, TX, for Respondent–Appellant.

ON PETITION FOR REHEARING EN BANC

Before KING, Chief Judge, and JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, PARKER and DENNIS, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the petition for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed.

The Clerk will specify a briefing schedule for the filing of supplemental briefs.

Kenneth KENLEY, Appellee/Cross–Appellant,

v.

Michael BOWERSOX, Appellant/Cross–Appellee.

Nos. 99–3281, 99–3440.

United States Court of Appeals,
Eighth Circuit.

Dec. 6, 2000.

On the Court's own motion, the mandate issued on November 28, 2000, is hereby recalled.

The judgment entered on September 28, 2000, is hereby vacated. Jurisdiction of the case was retained by this court pending a limited remand to the district court in accordance with the opinion filed on September 28, 2000.